IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STACEY ARNOLD YERKES,

    PLAINTIFF,

v.

OHIO STATE HIGHWAY PATROL, et al.,

    DEFENDANTS.

CASE NO. 2:19-cv-2047-EAS-EPD

JUDGE EDMUND SARGUS

MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS

## ORDER

This matter is before the Court on Plaintiff's Motion to Amend the Scheduling Order. Plaintiff asks the Court to extend the discovery and dispositive motion deadlines by six months. Defendants oppose this request and ask for a three-month extension. However, the Court finds good cause for a six-month extension. Plaintiff's motion is therefore **GRANTED**, and the Preliminary Pretrial Order is amended as follows:

1. All discovery must be completed by January 15, 2021.
2. Dispositive motions are due by February 28, 2021.
3. Defendants will provide discovery responses by April 24, 2020.

*Elizabeth Preston Deavers*
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED.

Date: 4/20/2020