UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Stacey Arnold Yerkes,
    Plaintiff,

v.                               Case Number 2:19-cv-2047
                               Judge Edmund A. Sargus, Jr.

Ohio State Highway Patrol, *et. al.*,
    Defendants.

## Jury Trial Day 1
## Monday, July 31, 2023
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Jason Starling and John Camillus
For Defendant: Rory Callahan, Amy Ita and Andrea Wiltrout
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner


      8:30 a.m. Conference held in courtroom
      9:00 a.m. Prospective jurors sworn in and Voir Dire begins
      11:00 a.m. 6 jurors selected and sworn in
      11:15 a.m. Jury Instructions given
      11:30 a.m. Opening statements by plaintiff (attorney Jason Starling)
      1:15 p.m. Opening statements by defendant (attorney Amy Ita)


Stacey Arnold Yerkes called by plaintiff (attorney Jason Starling).
Ms. Yerkes testified to plaintiff exhibits 6, 1, 2, 3, 5, 4, 21 and 11.

Voir Dire examination of Major John Altman by defendant (attorney Rory Callahan).
Major Altman testified to DX 117.
Inquiry of Major Altman by plaintiff (attorney John Camillus).
Major Altman testified to plaintiff exhibit 8.

**2022 amendment to the appearance policy is not relevant or admissible at this time.**


      4:30 p.m. Court adjourns until 9:00 a.m., Tuesday, August 1, 2023.