Stacey Arnold Yerkes,
    Plaintiff,

v.                                                 Case Number 2:19-cv-2047
                                                     Judge Edmund A. Sargus, Jr.

Ohio State Highway Patrol, *et. al.*,
    Defendants.

# Jury Trial Day 2
# Tuesday, August 1, 2023
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Jason Starling and John Camillus
For Defendant: Rory Callahan, Amy Ita and Megan Jewett
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

      8:45 a.m. Conference held in courtroom
      12:00 p.m.-1:00 p.m. Lunch Break

Direct examination of Stacey Arnold Yerkes continues by plaintiff (attorney Jason Starling).
Ms. Yerkes testified to plaintiff exhibits 22, 25 and 26.
Cross examination of Ms. Yerkes by defendant (attorney Rory Callahan).
Ms. Yerkes testified to exhibits DX 85, DX 6, DX 9, DX 4, DX 1, DX 86, DX 11, DX 33, DX 34, DX 35, DX 36, DX 37, DX 38, DX 39, DX 43, DX 41, DX 42, DX 47, DX 50, DX 86, DX 20, DX 21, DX 19, DX 23, DX 24, DX 25, DX 26, DX 27, DX 28, DX 29, DX 32, DX 55, DX 56, DX 57, DX 62, DX 94, DX 67, DX 68, DX 69, DX 70, DX 107, plaintiff exhibit 21, DX 1, DX 15 and DX 16.

Shaun Smart called by plaintiff (attorney John Camillus).
Cross examination of Mr. Smart by defendant (attorney Amy Ita).
Redirect examination of Mr. Smart by plaintiff (attorney Camillus).

Transcript of Officer Nathan D. Dickerson read into the record by Plaintiff (attorney John Camillus).
Exhibits displayed P 14 and DX 92.

      4:30 p.m. Court adjourns until 9:00 a.m., Wednesday, August 2, 2023.