UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Stacey Arnold Yerkes,
    Plaintiff,

v.                                                Case Number 2:19-cv-2047
                                                 Judge Edmund A. Sargus, Jr.

Ohio State Highway Patrol, *et. al.*,
    Defendants.

# Jury Trial Day 3
# Wednesday, August 2, 2023
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Jason Starling and John Camillus
For Defendant: Rory Callahan, Amy Ita and Megan Jewett
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

      8:45 a.m. Conference held in chambers
      12:00 p.m.-1:00 p.m. Lunch Break

Transcript of Officer Nathan D. Dickerson read into the record by Plaintiff (attorney John Camillus).
Exhibits displayed DX 92, DX 93 and DX 108.

Cross examination of Kevin Teaford by plaintiff (attorney Jason Starling).
Mr. Teaford testified to exhibits DX 1, P 12, Teaford Deposition 1 and 2, P 13, P 17, P 18 and P 16.
Direct examination of Kevin Teaford by defendant (attorney Amy Ita).
Mr. Teaford testified to exhibits P 13, P 18, DX 88 and DX 1.
\*\*Matter heard outside of the jury involving admissibility of comparator evidence.\*\*
Recross examination of Mr. Teaford by plaintiff (attorney Starling).
Mr. Teaford testified to Teaford Deposition 1.

Cross examination of Staff Lieutenant Scott Wyckhouse by plaintiff (attorney Jason Starling).
Direct Examination of Staff Lt. Wyckhouse by defendant (attorney Amy Ita).
Staff Lt. Wyckhouse testified to exhibit DX 70.

Cross examination of William Stidham by plaintiff (attorney Jason Starling).
Mr. Stidham testified to exhibit P 14.
Direct examination of Mr. Stidham by defendant (attorney Rory Callahan).
Mr. Stidham testified to exhibits DX 20, DX 29, DX 55, DX 94, DX 6, DX 68, DX 69 and DX 92.

Cross examination of Major Michael Kemmer by plaintiff (attorney John Camillus).
Major Kemmer testified to exhibits P 8, P 14, P 12 and Kemmer Deposition.
Direct examination of Major Kemmer by defendant (attorney Rory Callahan).
Major Kemmer testified to exhibit DX 56.

    4:30 p.m. Court adjourns until 9:00 a.m., Thursday, August 3, 2023.