UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Stacey Arnold Yerkes,
    Plaintiff,

v.                                                                             Case Number 2:19-cv-2047
                                                                           Judge Edmund A. Sargus, Jr.

Ohio State Highway Patrol, *et. al.*,
    Defendants.

# Jury Trial Day 4
# Thursday, August 3, 2023
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Jason Starling and John Camillus
For Defendant: Rory Callahan, Amy Ita and Megan Jewett
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

      8:45 a.m. Conference held in chambers
      11:45 a.m.-1:00 p.m. Lunch Break

Direct examination continues of Major Michael Kemmer by defendant (attorney Rory Callahan).
Major Kemmer testified to exhibits DX 57, DX 58, DX 59, DX 60, DX 2, DX 3 and DX 4.
Recross examination of Major Kemmer by plaintiff (attorney John Camillus).

Cross examination of Gene Smith by plaintiff (attorney John Camillus).
Mr. Smith testified to exhibit Smith's deposition transcript and P 12.
Direct examination of Mr. Smith by defendant (attorney Rory Callahan).
Recross examination of Mr. Smith by plaintiff (attorney Mr. Camillus).
Mr. Smith testified to exhibit Smith's deposition transcript.

Cross examination of Lieutenant Colonel Charles Linek, III by plaintiff (attorney Jason Starling).
Mr. Linek testified exhibits to P 1, Linek's deposition transcript, P 11, P 8 (partial exhibit), P 9, DX 1, P 12 and P 13.

Cross examination of Paul Pride by plaintiff (attorney John Camillus).
Mr. Pride testified to exhibits DX 1, Pride's deposition transcript and P 12.

Cross examination of John Born by plaintiff (attorney John Camillus).
Mr. Born testified to exhibits DX 1, Born's deposition transcript and P 12.
Direct examination of Mr. Born by plaintiff (attorney Amy Ita).
Mr. Born testified to exhibit DX 1.
Recross examination of Mr. Born by plaintiff (attorney Mr. Camillus).
Cross examination of Richard Fambrow by plaintiff (attorney Jason Starling).
Mr. Fambrow testified to exhibits P 12 and P 17.
Direct examination of Mr. Fambrow by defendant (attorney Amy Ita).
Mr. Fambrow testified to exhibits DX 65 and DX 66.

**Matter heard outside of the jury.**

    4:05 p.m. Court adjourns until 9:00 a.m., Friday, August 4, 2023.