UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STACEY ARNOLD YERKES,

    Plaintiff,    :

v.    Case No. 2:19-cv-2047
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Elizabeth P. Deavers

OHIO STATE HIGHWAY
PATROL,    :

    Defendant.

## VERDICT AND DAMAGES

1. Do you find that Defendant Ohio State Highway Patrol constructively discharged Plaintiff Stacey Arnold Yerkes?

    __X__ Yes, or

    _____ No.

    If you answered "Yes" to Question 1, then answer Question 2.

    If you answered "No" to Question 1, do not answer the remaining questions.

2. On Plaintiff Stacey Arnold Yerkes' sex discrimination claim against Defendant Ohio State Highway Patrol, based on her being a woman, we find in favor of (check one)

    __X__ Plaintiff Stacey Arnold Yerkes, or

    _____ Defendant Ohio State Highway Patrol.

    If you found in favor of Plaintiff Stacey Arnold Yerkes on Question 2, then answer Question 3.

    If you found in favor of Defendant Ohio State Highway Patrol on Question 2, then answer Question 2(a).

2(a). Do you find that Plaintiff Arnold Yerkes' sex was a motivating factor in Defendant Ohio State Highway Patrol's constructive discharge?

_____ Yes, or

_____ No.

If you answered "Yes" to Question 2(a), then answer Question 2(b).

If you answered "No" to Question 2(a), then answer Question 3.

2(b). Do you find that Defendant Ohio State Highway Patrol would have reached the same decision regardless of Plaintiff Arnold Yerkes' sex?

_____ Yes, or

_____ No.

Regardless of your answer, continue to Question 3.

3. On Plaintiff Stacey Arnold Yerkes' sexual orientation discrimination claim against Defendant Ohio State Highway Patrol, based on her being gay, we find in favor of (check one)

_____X_____ Plaintiff Stacey Arnold Yerkes, or

_____ Defendant Ohio State Highway Patrol.

If you found in favor of Plaintiff Stacey Arnold Yerkes on Question 3, then answer Question 4.

If you found in favor of Defendant Ohio State Highway Patrol on Question 3, then answer Question 3(a).

3(a). Do you find that Plaintiff Arnold Yerkes' sexual orientation was a motivating factor in Defendant Ohio State Highway Patrol's constructive discharge?

_____ Yes, or

_____ No.

If you answered "Yes" to Question 3(a), then answer Question 3(b).

If you answered "No" to Question 3(a), then answer Question 4.

3(b). Do you find that Defendant Ohio State Highway Patrol would have reached the same decision regardless of Plaintiff Arnold Yerkes' sexual orientation?

_____ Yes, or

_____ No.

Regardless of your answer, continue to Question 4.

4. On Plaintiff Stacey Arnold Yerkes' retaliation claim against Defendant Ohio State Highway Patrol, we find in favor of (check one)

____X____ Plaintiff Stacey Arnold Yerkes, or

_____ Defendant Ohio State Highway Patrol.

*Complete the following only if at least one of the above findings for Questions 2, 3, or 4 are in favor of Plaintiff Stacey Arnold Yerkes:*

State the total amount of compensatory damages for Plaintiff Stacey Arnold Yerkes:

$ 1,308,927

Any damages for back pay and front pay are separate from any compensatory damages award. State the total amount of damages for Plaintiff Stacey Arnold Yerkes that represents damages for back pay, if any:

$ 624,109

State the total amount of damages for Plaintiff Stacey Arnold Yerkes that represents damages for front pay, if any:

$ 684,815

We the jury so render our verdict upon the concurrence of those members who have signed below. All jurors must agree. Each juror concurring in this verdict sign his/her name hereto.

Foreperson's signature

Dated: 8/8/2023

44