# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**STACEY ARNOLD YERKES,**

      **Plaintiffs,**

   v.

**OHIO STATE HIGHWAY PATROL,**

      **Defendant.**

Case No. 2:19-cv-2047
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

This matter is before the Court on Defendant's Request for Supplemental Briefing Schedule regarding its Motion for Judgment as a Matter of Law, a New Trial, or Remittitur (ECF No. 180.)  Plaintiff does not object to the additional briefing.  Defendant's unopposed request is based on its lack of access to trial proceeding transcripts by its motion deadline. The Parties have since received transcripts of trial proceedings.  (ECF Nos. 182–88.)

Accordingly, the Court **GRANTS** Defendant's Unopposed Request for Supplemental Briefing Schedule (ECF No. 180).  The Court **DIRECTS** Defendant to file its supplemental brief on the Motion for Judgment as a Matter of Law, New Trial, or Remittitur by October 18, 2023.  The Court **DIRECTS** Plaintiff to file her response in opposition by November 20, 2023.  The Court **DIRECTS** Defendant to file its reply brief by December 4, 2023.

    **IT IS SO ORDERED.**

**9/25/2023**                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                                    **EDMUND A. SARGUS, JR.**
                                                                 **UNITED STATES DISTRICT JUDGE**